```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
DWAYNE MINTO,                                                 :
                                      Petitioner,             :
                                                              :         14 Civ. 7764 (LGS)
              -against-                                       :
                                                              :         ORDER
KENNETH DECKER, et al.,                                       :
                                      Respondents.            :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 11, 2015, the Court issued a Final Judgment and closed the case (Dkt. No. 20);

WHEREAS, on August 7, 2015, Respondents filed a Notice of Appeal (Dkt. No. 21);

WHEREAS, on December 17, 2019, Petitioner filed an unopposed motion requesting that the appeal be held in abeyance or, in the alternative, remanded to the District Court due to changed circumstances. Petitioner was released but remains in removal proceedings and anticipated a hearing in Immigration Court on January 24, 2020 (Case 15-2527, Dkt. No. 97-1);

WHEREAS, on December 19, 2019, the parties filed a joint stipulation withdrawing the appeal with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b) (Case 15-2527, Dkt. No. 101);

WHEREAS, on December 19, 2019, the Second Circuit "So Ordered" the stipulation (Dkt. No. 22). It is hereby

**ORDERED** that, by **February 7, 2020**, the parties shall jointly file a status letter apprising what next steps, if any, are appropriate in this action.

Dated: January 31, 2020
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE